AO 106 (Rev. 04/10) Application for a Search Warrant    s/Daniel D. Gridley Jr., 03-12-24

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

amg
3/12/24

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )    Case No. MJ-24- 220 -AMG
United States Postal Service Priority Mail parcel  )
originating in Walnut Creek California, identified by  )
tracking number 9505 5136 4737 4069 3081 66  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Western___ District of ___Oklahoma___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute |

The application is based on these facts:
See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brian Hess, United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/12/24

_____
Judge's signature

City and state: Oklahoma City, Oklahoma

Amanda Maxfield Green, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE ) <br> SEARCH OF UNITED STATES ) <br> POSTAL SERVICE PRIORITY ) <br> MAIL PARCEL ORIGINATING IN ) <br> WALNUT CREEK, CALIFORNIA, ) <br> IDENTIFIED BY TRACKING ) <br> NUMBER 9505 5136 4737 4069 3081 ) <br> 66 ) | M-24-_____-AMG <br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Brian Hess, being duly sworn, do hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since January 2013. I am currently assigned to the Fort Worth Division of the USPIS domiciled in Oklahoma City, Oklahoma. I am responsible for conducting investigations of crimes against the United States Mail in violation of federal law(s). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 21, United States Code, Sections 841(a)(1) and 846.

2. Prior to working for the USPIS, I was employed as an agent with the Oklahoma State Bureau of Narcotics and Dangerous Drugs (OBNDD) from August 2007 to January 2013. During my employment with the OBNDD, I completed numerous

continuing education courses to include the Oklahoma Bureau of Narcotics Drug Investigator's Course and the Oklahoma Bureau of Narcotics Clandestine Laboratory Certification. In December 2011, I was certified as a single purpose narcotics K9 handler where I worked as a member of the OBNDD Interdiction Unit. I have participated in over three hundred (300) controlled-substance investigations including those for methamphetamine, marijuana, cocaine hydrochloride, cocaine base, heroin, ecstasy, and prescription narcotics. Those investigations related to the possession for sale, possession for personal use, distribution, transportation, trafficking, manufacturing, or cultivation of controlled substances.

3. Additionally, I have received training on the investigation of dangerous and prohibited mailings, namely, controlled substance investigations, as part of my employment with the USPIS. I have completed the USPIS basic and advanced Contraband Interdiction & Investigations courses. I have participated in regional USPIS interdictions located in Seattle, WA; Sacramento, CA; Fresno, CA; Oakland, CA; San Francisco, CA; and Hawaii. These activities focused on intercepting/investigating controlled-substances and or bulk cash shipments related to illicit drug distribution activities. I have assisted other United States Postal Inspectors and acted as the Affiant for the application and execution of federal search warrants to open and seize contraband, fruits, instrumentalities, and evidence of crimes that were sent via the U.S. Mail. Furthermore, over the course of my law enforcement career, I have received over 1,000 hours of law enforcement continuing education instruction provided by the USPIS, the

Drug Enforcement Administration, the Bureau of Alcohol Tobacco and Firearms, the OBNDD, and other state and local law enforcement agencies. I have received law enforcement awards/recognitions including an Honorable Mention from the National Association of Police Organizations, an award for Heroism by the Federal Law Enforcement Officers' Association, and the Federal Law Enforcement Congressional Badge of Bravery.

4. This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities, and evidence of crimes against the United States in violation of 21 U.S.C. § 841(a)(1) from a United States Postal Service (USPS) Priority Mail parcel originating in the city of Walnut Creek, California. It is more specifically described as a sealed USPS Priority Mail parcel measuring approximately 12" x 11.75" x 8", identified by tracking number 9505 5136 4737 4069 3081 66, from Zip Code 94598, weighing approximately 3 pounds 15 ounces, postmarked March 9, 2024. The parcel's return address is "Tim Daniel" at "3840 Pacheco blvd Martinez, CA 94553". The parcel's addressee is Frank Daniel at "170436 North 2740 Rd Duncan OK 73533". The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma

3

City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma: Western District of Oklahoma).

5.  I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Express Mail and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

6.  I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. Parcels containing controlled substances often provide minimal information on the mailing label to avoid detection of a fictitious name or return address. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents to interfere with any drug detection canine's ability to detect the drugs. It is common for traffickers to mail parcels from a different post office than the one located in the zip code area used on the return address, also to avoid detection of fictitious information.

## PROBABLE CAUSE

7. On March 10, 2024, while conducting a review of USPS business records, I located records detailing Priority Mail parcel 9505 5136 4737 4069 3081 66. Records listed the parcel's destination address as 170436 North 2740 Road, Duncan, Oklahoma 73533. I recognized the destination address as being associated with an on-going investigation involving Darrell DANIEL. The USPIS has been investigating DANIEL and additional co-conspirators for shipping firearms through the US Mail from Oklahoma to multiple states including California. To date, investigators have seized more than 20 firearms related to this organization. Investigators have also identified US Mail shipments sent from California to Oklahoma which are believed to contain proceeds and or controlled substances intended as payments for firearms. One such shipment was intercepted on or about September 2021.

8. The shipment consisted of a parcel mailed from Sacramento, California, which was destined to 1820 W. Chisholm Drive, Duncan, Oklahoma. The parcel was seized and searched pursuant to a search warrant issued by the Eastern District of California. The parcel was found to contain approximately 1,228 grams of a green leafy substance which field tested positive for marijuana. Investigators identified records which previously associated Isabel HERNANDEZ with 1820 W. Chisholm Drive. Previous searches of open-source social media research led investigators to suspect DANIEL and Isabel HERNANDEZ are in or were once in a romantic relationship with one another. Case investigation has also identified HERNANDEZ and DANIEL now reside with one

another at a residence in Lawton, Oklahoma.

9. On March 11, 2024, I conducted a follow up review of USPS business records which identified 9505 5136 4737 4069 3081 66 as being within the mail-stream at the Oklahoma City USPS Processing and Distribution Center (P&DC). USPIS Task Force Office J. Springer responded to the facility and located the subject parcel. TFO Springer transported the parcel to the USPIS Oklahoma City Domicile where it was transferred to my custody for further review. The parcel displayed indicators consistent with the shipment of controlled substances including the information in the subsequent paragraphs.

10. The parcel had hand-written label information and was mailed from a zip code in Walnut Creek, California. I know based on training and experience that northern California, is a known source area for controlled substances. I have personally intercepted and worked investigations involving the shipment of controlled substances through the US Mail from this source area.

11. I conducted computer database address verifications on the parcel, and the database indicated the return address of "3840 Pacheco blvd Martinez, CA 94553" as listed on the parcel, is a valid street address. Utilizing CLEAR, a law enforcement accessible database which searches public and proprietary records, the sender's name "Tim Daniel" was not able to be associated with the listed return address.

12. I also checked databases for records of the delivery address on the parcel. The databases indicated the delivery address of "170436 North 2740 Rd Duncan OK

73533" as listed on the parcel, is a valid address according to the USPS website. Utilizing the CLEAR database, I was unable to associate the listed recipient, "Frank Daniel," with the destination address. Darrell DANIEL, Isaiah Daniel, Simona Daniel, and Michelle Mello were identified by CLEAR as being associated with the destination address.

13. On March 11, 2024, I met with USPIS Task Force Officer (TFO) J. Springer at the USPIS Oklahoma City Domicile. TFO Springer is also an Oklahoma City Police Department Detective/K9 Handler. TFO Springer and his K9 drug detection dog, "Nika," are both certified by the State of Oklahoma's Council on Law Enforcement Education and Training (CLEET Number K9-18-3299). Nika is trained and certified in the detection of marijuana, heroin, methamphetamine, and cocaine.

14. Ten control parcels were placed on the office floor, along with the suspect parcel described above. A free air scan of the parcels was conducted by TFO Springer and his K9, Nika. I observed Nika sniff the parcels present on the floor. TFO Springer advised Nika alerted to the suspect parcel. Nika gave a positive alert only to the suspect parcel. Nika's positive alert on the parcel was an indication of the presence of an odor of a controlled substance.

## AUTHORIZATION REQUESTS

15. Based on the foregoing, I believe there is evidence to show this parcel, as described in paragraph four, was sent via the United States Postal Service in violation of 21 U.S.C. § 841(a)(1), and I respectfully request a warrant be issued authorizing the

United States Postal Inspection Service to search and seize the parcel as described in Attachment A for the items described in Attachment B.

*[signature: B. Hess]*
BRIAN HESS
United States Postal Inspector
United States Postal Inspection Service

Sworn and subscribed to before me this 12Th day of March 2024.

*[signature: Amanda Maxfield Green]*
AMANDA MAXFIELD GREEN
United States Magistrate Judge
Western District of Oklahoma

8

## ATTACHMENT "A"

SUBJECT PARCEL: a sealed USPS Priority Mail parcel measuring approximately 12" x 11.75" x 8", identified by tracking number 9505 5136 4737 4069 3081 66, from Zip Code 94598, weighing approximately 3 pounds 15 ounces, postmarked March 9, 2024. The parcel's return address is "Tim Daniel" at "3840 Pacheco blvd Martinez, CA 94553". The parcel's addressee is Frank Daniel at "170436 North 2740 Rd Duncan OK 73533". The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma: Western District of Oklahoma).



## **ATTACHMENT "B"**

1. Any controlled substances, as defined in 21 U.S.C. 812, as well as items of dominion or control inside the parcel;

2. The parcel's outer packaging;

3. Any correspondence, writings, including records and logs of monies owed, customer lists, sources of supply information to include drug shipments or accounts receivable in any medium such as written and/or electronic contained in the parcel;

4. Any financial instruments, including U.S. currency, contained in the parcel which relates to the sale, transfer, mailing, or distribution of controlled substances;

5. Any drug paraphernalia used to facilitate drug distribution; and

6. Any evidence constituting ownership and intent to possess controlled substances.